UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIGITA GUMSEY,

      Plaintiff,

v

CHERRY REPUBLIC, INC.,
a domestic corporation,

      Defendant.

Case No. 22-cv-1116
Hon. Hala Y. Jarbou

| STEMPIEN LAW, PLLC | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC |
|---|---|
| Eric Stempien (P58703) | Joseph A. Starr (P47253) |
| Lauren A. Gwinn (P85050) | Zachary S. Jugan (P80944) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 38701 Seven Mile Rd., Ste. 130 | 20700 Civic Center Dr., Ste. 290 |
| Livonia, MI 48152 | Southfield, MI 48076 |
| (734) 744-7002 | (248) 554-2700 |
| eric@stempien.com | jstarr@starrbutler.com |
| lgwinn@stempien.com | zjugan@starrbutler.com |

## STIPULATED ORDER FOR DISMISSAL

The parties, through their undersigned counsel, having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

This order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Date: September 18, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

Approved as to Form and Substance:

| | |
|---|---|
| s/ Lauren A. Gwinn (w/consent) | s/ Zachary S. Jugan |
| Eric Stempien (P58703) | Joseph A. Starr (P47253) |
| Lauren A. Gwinn (P85050) | Zachary S. Jugan (P80944) |
| Attorneys for Plaintiff | Attorneys for Defendant |